UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GETEX INVEST TRADING GMBH,

                        Plaintiff,                  07 CV

-v-

                                      **STATEMENT PURSUANT
                                      TO F.R.C.P 7.1**

SRC LONDON, LLP.,

                        Defendants..
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, GETEX INVEST TRADING GMBH., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       December 13, 2007

                                                  CHALOS, O'CONNOR & DUFFY, L.L.P.
                                                  Attorneys for Plaintiff
                                                  GETEX INVEST TRADING GMBH.

                        By:        _____
                                                  George M. Chalos (GC-8693)
                                                  366 Main Street
                                                  Port Washington, New York 11050
                                                  Tel: (516) 767-3600
                                                  Fax: (516) 767-3605
                                                  Email: gmc@codus-law.com