Leisure, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.,

                Plaintiff,

    -v-

SRC LONDON, LLP

                Defendant.
-------------------------------------------------------x

07 CV 11217 (PKL)

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, GETEX INVEST TRADING G.M.B.H., as to defendants, SRC LONDON, LLP, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       February 4, 2008

                                      CHALOS O'CONNOR & DUFFY, LLP
                                      Attorney for Plaintiff
                                      GETEX INVEST TRADING G.M.B.H.

                 By:     _____
                                      George M. Chalos (GC-8693)
                                      366 Main Street
                                      Port Washington, New York 11050
                                      Tel:   (516) 767-3600
                                      Fax:  (516) 767-3605
                                      Email: gmc@codus-law.com

So ordered: 2/05/08

_____
Hon. Peter K. Leisure, U.S.D.J.